**Order entered September 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00954-CV

## IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

Before the Court is appellee's September 12, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 11, 2019**. Appellee shall file her brief in response to the amended brief filed by appellant on August 14, 2019.

/s/    ERIN A. NOWELL
        JUSTICE